| | | | |
|---|---|---|---|
| State v. Moen† | 2016AP000055 CR | 02-21-2017 | Affirmed |
| State v. Wheeler† | 2016AP000090 CR | 02–14–2017 | Affirmed |
| State v. Diaz† | 2016AP000107 | 02–01–2017 | Affirmed |
| Manowske v. Wisconsin Central Ltd. | 2016AP000147 | 02–22–2017 | Reversed and remanded |
| Krebsbach v. MMIC Ins., Inc.† | 2016AP000179 | 02–08–2017 | Affirmed |
| State v. Marsh† | 2016AP000187 CR | 02–16–2017 | Affirmed |
| State v. Freeman† | 2016AP000232 CR | 02–28–2017 | Affirmed |
| City of New Berlin v. Hrin† | 2016AP000239 | 02–15–2017 | Affirmed |
| Sheriff Herrick v. Clark County | 2016AP000262 | 02–23–2017 | Affirmed |
| State v. Salenius† | 2016AP000277 CR | 02–16–2017 | Affirmed |
| Eau Claire County Sheriff's Dep't. v. Collier | 2016AP000366 | 02–22–2017 | Affirmed |
| State v. Robinson | 2016AP000447 | 02–02–2017 | Affirmed |
| Dovin v. Saini | 2016AP000547 | 02–14–2017 | Affirmed |
| Waukesha County v. Ridl† | 2016AP000554 | 02–15–2017 | Affirmed |
| Village of Ashwaubenon v. Bowe† | 2016AP000594 | 02–14–2017 | Affirmed and remanded |
| Revolution Processing Sols., Inc. v. Collins Fin., LLC | 2016AP000612 | 02–02–2017 | Affirmed |
| Dodge County v. J. T.† | 2016AP000613 | 02–09–2017 | Affirmed |
| State v. Mason | 2016AP000637 CR | 02–28–2017 | Affirmed |
| State v. Gant† | 2016AP000647 CR | 02–07–2017 | Affirmed |
| McConley v. T. C. Visions, Inc. | 2016AP000671 | 02–16–2017 | Affirmed |

† Petition to review filed.